UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAIFULLAH PARACHA, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-2022 (PLF) |
| JOSEPH R. BIDEN, JR., et al., | ) | |
| Respondents. | ) | |
| SAIFULLAH PARACHA, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 21-2567 (PLF) |
| JOSEPH R. BIDEN, JR., et al., | ) | |
| Respondents. | ) | |

ORDER

Petitioner Saifullah Paracha, a Pakistani national, is a detainee at the United States Naval Station at Guantanamo Bay, Cuba. On January 23, 2020, this Court denied Mr. Paracha's first petition for habeas corpus. Paracha v. Trump, 453 F. Supp. 3d 168, 172-76, 198-228 (D.D.C. 2020), appeal docketed sub nom. Paracha v. Biden, No. 20-5039 (D.C. Cir.). On October 2, 2021, Mr. Paracha filed a second petition for habeas corpus and other relief in a separate civil action, and he subsequently filed three additional motions for discovery and a more definite statement. Mr. Paracha's two civil habeas actions now have been consolidated by the Court, and his motions are fully briefed and ripe for decision. Upon careful consideration of the

parties' filings, the relevant legal authorities, and the entire record in these consolidated cases, it is hereby

ORDERED that the United States' Motion to Dismiss Petition for "Other Relief" (Counts III-VI), Civil Action No. 21-2567 [Dkt. No. 22], is GRANTED; it is

FURTHER ORDERED that Mr. Paracha's Petition for Habeas Corpus and Other Relief, Civil Action No. 21-2567 [Dkt. No. 1], is DENIED; it is

FURTHER ORDERED that Mr. Paracha's Motion for Order to Show Cause re Discovery, Civil Action No. 21-2567 [Dkt. No. 11], is DENIED; it is

FURTHER ORDERED that Mr. Paracha's Motion for More Definite Statement, Civil Action No. 21-2567 [Dkt. No. 12], is DENIED; and it is

FURTHER ORDERED that Mr. Paracha's Renewed Motion for Discovery, Civil Action No. 21-2567 [Dkt. No. 13], is DENIED.

An opinion explaining the Court's reasoning will follow. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

Digitally signed by
Paul L. Friedman

14:56:52 -04'00'

PAUL L. FRIEDMAN
United States District Judge

DATE: June 6, 2022

2